## CARL H. ROESCH *v.* LILA ROESCH

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 944, is denied.

*Francis Thomas Daly,* in support of the petition.

*Deborah L. Grover,* in opposition.

Decided April 3, 1992

## STATE OF CONNECTICUT *v.* LESLIE L. LEWIS

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 574, is denied.

*Francis T. Mandanici,* assistant public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided April 8, 1992

## STATE OF CONNECTICUT *v.* MANUEL ESTRADA

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 641, is denied.

*Robert G. Golger,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided April 8, 1992

## RANDY WILLIAMS, ADMINISTRATOR (ESTATE OF MARQUES WILLIAMS) *v.* LEON CHAMEIDES ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 26 Conn. App. 818, is denied.

*Joseph P. Kenny,* in support of the petition.

Decided April 8, 1992